**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**WANDA EARLS**                                                                        **PLAINTIFF**

**V.**                                 **CASE NO.: 3:15-CV-361-BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                        **DEFENDANT**

## JUDGMENT

In accordance with the Order entered in this case, Judgment is hereby rendered in

favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration, and

against Plaintiff Wanda Earls.

IT IS SO ORDERED this 21st day of September, 2016.

_____
UNITED STATES MAGISTRATE JUDGE